**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Naboo Royal Cruiser, LLC |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-2405859 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 7270 NW 12th Street<br>Suite 760<br>Miami, FL 33126<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade<br>County | **Location of principal assets, if different from principal place of business**<br>Centennial Airport 7565 S. Peoria St.,   Englewood, CO 80112<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Naboo Royal Cruiser, LLC
_____
        Name                                          Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5324____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  Profundity LLC _____  Relationship  Affiliate _____

Debtor    Naboo Royal Cruiser, LLC
          Name                                          Case number (if known)

District        Southern District of          When    8/23/23          Case number, if known    23-16720
                Florida

**11.** **Why is the case filed in**    Check all that apply:
     **this district?**
                                   ☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                      preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ☒ No
     **have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**              **Why does the property need immediate attention?** (Check all that apply.)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard?

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other

                                   **Where is the property?**
                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No
                                   ☐ Yes.    Insurance agency
                                             Contact name
                                             Phone

▇▇▇  **Statistical and administrative information**

**13.** **Debtor's estimation of**    .       Check one:
     **available funds**           ☒ Funds will be available for distribution to unsecured creditors.
                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ☒ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
     **creditors**                ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                                ☐ 100-199            ☐ 10,001-25,000       ☐ More than100,000
                                ☐ 200-999

**15.** **Estimated Assets**       ☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**  ☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐  $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    Naboo Royal Cruiser, LLC
_____          Case number (*if known*) _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2023
                MM / DD / YYYY

**X** _____          Eugene Kesselman
Signature of authorized representative of debtor    Printed name

Title    CEO of Managing Member

---

**18. Signature of attorney**    **X** *Brett Lieberman*
                                Signature of attorney for debtor          Date    August 23, 2023
                                                                                  MM / DD / YYYY

Brett Lieberman
Printed name

Edelboim Lieberman Revah PLLC
Firm name

20200 W. Dixie Hwy
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone    305-768-9909          Email address    brett@elrolaw.com

FL      69583
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2023      X _____

Signature of individual signing on behalf of debtor

Eugene Kesselman
Printed name

CEO of Managing Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name | Naboo Royal Cruiser, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gulfstream Aerospace 4320 Green Street - West West Palm Beach, FL 33406 | | Trade debt | Disputed | | | $237,000.00 |
| Peter Nomikos 522 W. Riverside Ave. Suite N Spokane, WA 99201 | | Trade debt | | | | $656,390.00 |
| Prime Jet US, LLC 8123 InterPort Blvd. Suite H Englewood, CO 80112 | | | Disputed | | | $906,022.09 |
| Starship 1 LLC 16192 Coastal Highway Lewes, DE 19958 | | Trade debt | | | | $32,980.00 |
| TapJets Inc. 3707 Cypress Creek. Pkwy Spring, TX 77379 | | Trade debt | | | | $650,908.36 |

**Fill in this information to identify the case:**

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................   $ _____ 0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................   $ _____ 3,309,228.07

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................   $ _____ 3,309,228.07

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ 5,000,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____ 2,483,300.45

4.   **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b     $ _____ 7,483,300.45

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 7821 | $5.71 |
| 3.2. | Truist Bank | Checking | 3734 | $18.36 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $24.07 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

Debtor   Naboo Royal Cruiser, LLC                               Case number *(If known)* _____
         Name

| 11a. 90 days old or less: | 17,528.00 | - | 0.00 | = .... | $17,528.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 11,304.00 | - | 0.00 | = .... | $11,304.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 280,372.00 | - | 0.00 | =.... | $280,372.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $309,204.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property               page 2

Debtor  Naboo Royal Cruiser, LLC _____      Case number *(If known)* _____
_____Name_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
(a) Airframe bearing U.S. Registration Number N450MB and manufacturer?s serial number 1295 (International Registry manufacturer GULFSTREAM and generic dropdown model GIV); and type certified by the FAA to transport at least eight (16) persons (including crew) or goods in excess of 2750 kilograms.
(b) Two (2) TAY MK611-8 aircraft engines bearing manufacturer?s serial numbers 16703 and 16704 (International Registry manufacturer TAY and generic dropdown model MK611-8);
(c) Garrett model GTCP36-1506 auxiliary power unit bearing manufacturer?s serial number P-507C.
(d) Standard avionics and equipment, all other accessories, additions, modifications and attachments to, and all replacements and substitutions for, any of the foregoing,                    $5,000,000.00    Liquidation                  $3,000,000.00

---

51. **Total of Part 8.**
Add lines 47 through 50.    Copy the total to line 87.

| | |
|---|---|
| | $3,000,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor   Naboo Royal Cruiser, LLC _____   Case number *(If known)* _____
         <sub>Name</sub>

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    potential causes of action against Prime Jet US on various theories of relief including breach of contract, fraud, negligence and others                                                   Unknown
    _____         _____

    **Nature of claim**    _____
    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                      | $0.00 |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor    Naboo Royal Cruiser, LLC _____    Case number *(if known)* _____
                 Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $309,204.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,309,229.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,309,229.07 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Lin Hui<br><br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>(a) Airframe bearing U.S. Registration Number N450MB and manufacturer?s serial number 1295 (International Registry manufacturer GULFSTREAM and generic dropdown model GIV); and type certified by the FAA to transport at least eight (16) persons (including crew) or goods in excess of 2750 kilograms.(b) Two (2) TAY MK611-8 aircraft engines bearing manufacturer?s serial numbers 16703 and 16704 (International Registry manufacturer TAY and generic dropdown model MK611-8);(c) Garrett model GTCP36-1506 auxiliary power unit bearing manufacturer?s serial number P-507C.(d) Standard avionics and equipment, all other accessories, additions, modifications and attachments to, and all replacements and substitutions for, any of the foregoing, | $2,498,000.00 | $3,000,000.00 |

929 NE 211th St.
Miami, FL 33179

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/20/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Peter Nomikos
2. Lin Hui

**Describe the lien**
Security interest collateral for note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**   Peter Nomikos<br><br>Creditor's Name<br>522 W. Riverside Ave. | **Describe debtor's property that is subject to a lien**<br>(a) Airframe bearing U.S. Registration Number | $2,502,000.00 | $3,000,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Naboo Royal Cruiser, LLC | Case number (if known) | |
| | Name | | |

Suite N
Spokane, WA 99201

N450MB and manufacturer?s serial number 1295 (International Registry manufacturer GULFSTREAM and generic dropdown model GIV); and type certified by the FAA to transport at least eight (16) persons (including crew) or goods in excess of 2750 kilograms.(b) Two (2) TAY MK611-8 aircraft engines bearing manufacturer?s serial numbers 16703 and 16704 (International Registry manufacturer TAY and generic dropdown model MK611-8);(c) Garrett model GTCP36-1506 auxiliary power unit bearing manufacturer?s serial number P-507C.(d) Standard avionics and equipment, all other accessories, additions, modifications and attachments to, and all replacements and substitutions for, any of the foregoing,

---

**Creditor's mailing address**

**Describe the lien**
Security interest collateral for note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
6/20/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,000,000.00 |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Gulfstream Aerospace<br>4320 Green Street - West<br>West Palm Beach, FL 33406<br><br>**Date(s) debt was incurred** 4/1/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $237,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Peter Nomikos<br>522 W. Riverside Ave.<br>Suite N<br>Spokane, WA 99201<br><br>**Date(s) debt was incurred** 3/31/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $656,390.00 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Prime Jet US, LLC<br>8123 InterPort Blvd. Suite H<br>Englewood, CO 80112<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $906,022.09 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Starship 1 LLC<br>16192 Coastal Highway<br><br>Lewes, DE 19958<br>**Date(s) debt was incurred** 5/31/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes | $32,980.00 |

| Debtor | Naboo Royal Cruiser, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,908.36 |
|---|---|---|---|

TapJets Inc.
3707 Cypress Creek. Pkwy
Spring, TX 77379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/30/2022 & 6/30/2023

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Prime Jet US, LLC<br>C/O Carriere, Little & Leach<br>Attn: Ty Little<br>8001 So. Interport Blvd. Suite 301<br>Englewood, CO 80112 | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,483,300.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,483,300.45 |

---

**Fill in this information to identify the case:**

Debtor name    Naboo Royal Cruiser, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | Business Contract, Charter Sales Revenue |
|         State the term remaining | |
|         List the contract number of any government contract    _____ | TapJets Inc. 3707 Cypress Creek. Pkwy Spring, TX 77379 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | Charter Lease - Notice Purposes Only |
|         State the term remaining | |
|         List the contract number of any government contract    _____ | Prime Jet US LLC 8123 Interport Blvd., Suite H Englewood, CO 80112 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | Aircraft Service Agreement - Notice Purposes Only |
|         State the term remaining | |
|         List the contract number of any government contract    _____ | Prime Jet US LLC 8123 Interport Blvd., Suite H Englewood, CO 80112 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    Naboo Royal Cruiser, LLC |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Prime Jet US | 8123 InterPort Blvd. Suite H<br>Englewood, CO 80112 | Gulfstream Aerospace | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Naboo Royal Cruiser, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date: From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $475,677.00 |
    | For prior year: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $3,120,677.00 |
    | For year before that: From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $1,667,355.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☒ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    Naboo Royal Cruiser, LLC

Case number *(if known)*

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Prime JetPrime Jet US v. Naboo Royal Cruiser LLC 2023CV031121 | Civil | District Court, Arapahoe County, Colorado 7325 S. Potomac St. Englewood, CO 80112 | ☐ Pending ☐ On appeal ☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    Naboo Royal Cruiser, LLC                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Edelboim Lieberman Revah PLLC<br>20200 W. Dixie Highway<br>Suite 905<br>Miami, FL 33180 | $50,000 payment was made by Tapjets Inc. for the benefit of the Debtor, Naboo Royal Cruiser, LLC, and affiliated entity, Profundity LLC (allocated $25,000 each). | August 11, 2023 | $50,000.00 |
| | **Email or website address**<br>www.elrolaw.com | | | |
| | **Who made the payment, if not debtor?**<br>TapJets Inc. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Naboo Royal Cruiser, LLC                                    Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Naboo Royal Cruiser, LLC                              Case number *(if known)*

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Sharkey Abo Rodeffer & Associates, LLC<br>449 N. Pennsylvania Ave.<br>Morrisville, PA 19067 | recently engaged to assist with preparation of tax returns |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Naboo Royal Cruiser, LLC                          Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Maria Tsenaeva-Kesselman<br>7270 NW 12th ST., Suite 760<br>Miami, FL 33126 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tapjets Holdings Inc. | 7270 NW 12th St., Suite 760<br>Miami, FL 33126 | Managing Member | 100% ownership Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eugene Kesselman | 7270 NW 12th St., Suite 760<br>Miami, FL 33126 | CEO of Managing Member,TapJets Holdings, Inc. | 0 direct interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Tapjets Holdings, Inc. | EIN: |

Debtor  Naboo Royal Cruiser, LLC

Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 23, 2023

_____                         Eugene Kesselman
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor      CEO of Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Florida

In re    Naboo Royal Cruiser, LLC             Case No.

                                Debtor(s)          Chapter      11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TapJets Holdings Inc.<br>7270 NW 12th St., Suite 760<br>Miami, FL 33126 | Sole Member | | 100% member interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CEO of Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date     August 23, 2023                 Signature                                  

                                                                Eugene Kesselman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   <u>Naboo Royal Cruiser, LLC</u>                                   Case No.  _____

                                   Debtor(s)           Chapter    <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>August 23, 2023</u>                        _____

                                       Eugene Kesselman/CEO of Managing Member
                                       Signer/Title

```
Gulfstream Aerospace
4320 Green Street - West
West Palm Beach, FL 33406


Lin Hui
929 NE 211th St.
Miami, FL 33179


Peter Nomikos
522 W. Riverside Ave. Suite N
Spokane, WA 99201


Prime Jet US
8123 InterPort Blvd. Suite H
Englewood, CO 80112


Prime Jet US LLC
8123 Interport Blvd., Suite H
Englewood, CO 80112


Prime Jet US, LLC
8123 InterPort Blvd. Suite H
Englewood, CO 80112


Prime Jet US, LLC
Attn: Ty Little
C/O Carriere, Little & Leach 8001 So. In
Englewood, CO 80112


Starship 1 LLC
16192 Coastal Highway
Lewes, DE 19958


TapJets Inc.
3707 Cypress Creek. Pkwy
Spring, TX 77379
```

# United States Bankruptcy Court
## Southern District of Florida

In re   Naboo Royal Cruiser, LLC

_____
Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Naboo Royal Cruiser, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

TapJets Holdings Inc.
7270 NW 12th St., Suite 760
Miami, FL 33126

☐ None [*Check if applicable*]

August 23, 2023
_____
Date

*Brett Lieberman*
_____
Brett Lieberman

Signature of Attorney or Litigant
Counsel for   Naboo Royal Cruiser, LLC
Edelboim Lieberman Revah Oshinsky PLLC
20200 W. Dixie Hwy
Suite 905
Miami, FL 33180
 Fax:
brett@elrolaw.com

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida
www.flsb.uscourts.gov

In Re:                                    Case Number
Naboo Royal Cruiser, LLC                  Chapter 11

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

☐ Application by Individual Debtor to Pay Filing Fee in Installments
☒ Voluntary petition signed by me on                August 23, 2023
☒ Schedules signed by me on                          August 23, 2023
☒ Statement of Financial Affairs signed by me on    August 23, 2023
☐ Statement of Social Security Number(s) signed by me on
☐ Statement of *Current Monthly Income (OBF 22)* signed by me on

☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
☐ Amended voluntary petition signed by me on
☐ Amended schedules signed by me on
☐ Amended Statement of Financial Affairs signed by me on
☐ Amended Statement of Social Security Number(s) signed by me on
☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, _____Eugene Kesselman_____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

Eugene Kesselman
**Print or Type Name (and title if applicable)**

Brett Lieberman
**Print or Type Name of Attorney for Debtor**

_____
**Signature of Joint Debtor (if applicable)**

_____
**Print Name**

305-768-9909
**Phone:**

**WRITTEN CONSENT OF THE SOLE AND MANAGING MEMBER OF**
**Naboo Royal Cruiser, LLC**

Through this Written Consent of the Sole and Managing Member of Naboo Royal Cruiser, LLC, a Delaware LLC ("Naboo"), Tapjets Holdings, Inc., a Florida corporation ("Member"), on August 23, 2023, the following resolutions have been adopted by Member, the Sole and Managing Member of Naboo:

**BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which Naboo is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that Naboo authorizes and empowers Eugene Kesselman, CEO and authorized agent of the Member (the foregoing an "Authorized Officer") to file a voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Miami Division) on behalf of Naboo, which filing is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Authorized Officer is hereby authorized and directed, in the name of Naboo and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of Naboo under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as any Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of Naboo is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that Naboo, through its Authorized Officer, is authorized (i) to retain the law firm of Edelboim Lieberman Revah PLLC ("ELR") as general bankruptcy counsel to render legal services to and to represent Naboo in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval to retain on behalf of Naboo, such other professionals

that the Authorized Officer deems necessary or advisable to represent or assist Naboo as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

 **BE IT FURTHER RESOLVED** that Naboo is hereby authorized to pay ELR a retainer of up to $75,000.00 for bankruptcy costs and services (the "Bankruptcy Retainer"), plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court, and to borrow any such amounts sufficient to fund such Bankruptcy Retainer; and

 **BE IT FURTHER RESOLVED** that Naboo is hereby authorized to borrow $75,000.00 to make the Bankruptcy Retainer; and

 **BE IT FURTHER RESOLVED** that Naboo, through its Authorized Officer, is authorized (i) to retain the law firm of the Law Offices of Roman Groysman ("RG") as special litigation counsel to render legal services to and to represent Naboo in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval to retain on behalf of Naboo, such other professionals that the Authorized Officer deems necessary or advisable to represent or assist Naboo as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

 **BE IT FURTHER RESOLVED**, that the Authorized Officer of Naboo is hereby authorized, empowered and directed to do all things and to take all actions which such officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

 **BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of Naboo regarding or related to Naboo's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

 **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the 23rd day of August, 2023.


Naboo Royal Cruiser, LLC

By: Tap Jets Holdings, Inc., its Sole and Managing Member

 By: _____  Date: August 23, 2023

 Eugene Kesselman, CEO and Authorized Agent of Tap Jets Holdings Inc.